PRYOR & MANDELUP, LLP
Attorneys for Robert L. Pryor, Chapter 7 Trustee
675 Old Country Road
Westbury, New York 11590
(516) 997-0999

Hearing Date: January 7, 2020
Hearing Time: 10:00 a.m.
Objection Date: December 31, 2019

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

In re:                                          Case No.: 8-19-71407-las

**NEDRA K. AMBROSE,**                            Chapter 7

               **Debtor.**
-------------------------------------------------------------X

## AMENDED NOTICE OF MOTION

**PLEASE TAKE NOTICE,** that upon the application (the "Application") of Robert L. Pryor, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Nedra K. Ambrose (the "Debtor"), by his attorneys, Pryor & Mandelup, L.L.P., a hearing will be held on January 7, 2020 at 10:00 a.m. (the "Hearing Date"), or as soon thereafter as counsel can be heard, before the Honorable Louis A. Scarcella, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza, Room 970, Central Islip, New York 11722 for the entry of an Order:  (i) compelling the Debtor to comply with the Trustee's various requests for documents and information regarding Debtor's financial condition as required by 11 U.S.C. § 521(a)(3) and (a)(4) and Rule 4002(a)(4) of the Federal Rules of Bankruptcy Procedure; (ii) granting the Trustee costs for this Application in the sum of $750.00; (iii) extending the time in which the Trustee my object to the Debtor's discharge from November

25, 2019 to and until February 25, 2020 and (iv) granting such other and further relief as to this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to E.D.N.Y. LBR 9006-1(a), any objection or response (the "Objections") to the Application must be made in writing, must state the standing of the objectant, state with particularity the grounds for the objection, shall conform to the Federal Rules of Bankruptcy Procedure and Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court electronically in accordance with General Order 559. (General Order 559 and the User's Manual for the Electronic Case Filing System can be found at [www.nyeb.uscourts.gov,](www.nyeb.uscourts.gov) the official Web-site of the Bankruptcy Court), by registered users of the Bankruptcy Court's case filing system and, by all other parties in interest, on a 3.5 inch diskette, CD or DVD preferably in Portable Document Format (PDF), Microsoft Word or any other Windows-based word-processing format (with a hard-copy delivered directly to the Chambers of Hon. Robert E. Grossman, at the above address), and must be served in accordance with General Order 559 upon: (i) Pryor & Mandelup, L.L.P., Counsel to the Trustee, 675 Old Country Road, Westbury, NY 11590, Attn: Robert L. Pryor, Esq., and (ii) the Office of the United States Trustee, 560 Federal Plaza, Central Islip, NY 11722, so as to be filed and actually received no later than December 31, 2019 at 5:00 p.m. on that day (the "Objection Date").

**PLEASE TAKE FURTHER NOTICE**, that if no objections are received by the Objection Date, the relief requested in the Application may be granted without a hearing.

Dated: Westbury, New York
     November 13, 2019        PRYOR & MANDELUP, L.L.P.
                                          Attorneys for Robert L. Pryor, Trustee

                              By:    *s/ Robert L. Pryor*
                                          Robert L. Pryor
                                          675 Old Country Road
                                          Westbury, New York 11590
                                          516-997-0999

**TO:**

**OFFICE OF THE UNITED STATES TRUSTEE**
**560 Federal Plaza**
**Central Islip, N.Y. 11722**

**Nedra K. Ambrose**
**324 N. Columbus Avenue**
**Freeport, NY 11520**

**Todd S. Cushner, Esq.**
**Cushner & Associates, P.C.**
**399 Knollwood Road**
**Suite 205**
**White Plains, NY 10603**