Return Date: January 30th 2020 @ 10 am

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

Nedra Ambrose

Case No. 19-71407-Las
Chapter chapter 7

Debtor(s)
-----------------------------------------------------------x

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the annexed application of Nedra Ambrose, a hearing will be held before the Hon. Scarcella, Bankruptcy Judge, to consider the motion for an Order granting relief as follows: Motion to Dismiss chapter 7

Date and time of hearing: January 30th 2020 @ 10 am
Location: U.S. Bankruptcy Court
290 Federal Plaza
Central Islip, New York 11722
Courtroom # 970, 9th Floor

Dated: January 8th 2020

Signature
Print name: 516 504-8757
Address: _____
Phone: _____
Email: _____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

**Nedra Ambrose**

Case No. 19-71407-las
Chapter **chapter 7**

Debtor(s)
-----------------------------------------------------------x

## APPLICATION IN SUPPORT OF MOTION

TO THE HON. **Scarcella**, Bankruptcy Judge

I, **Nedra Ambrose**, make this application in support of my motion for the following relief: **Motion to Dismiss chapter 7**

In support of this motion, I hereby allege as follows: **Misrepresentation in the proceeding of filing a chapter 13 and 7**

Wherefore, Applicant prays for an Order granting the relief requested.

Dated: **January 30th 2020**

_Signature_

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:

Nedra Ambros

Case No. 19-71407-las
Chapter Chapter 7

Debtor(s)
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned certifies that on January 8th 2020, a copy of the annexed Motion was served by depositing same, enclosed in a properly addressed postage-paid envelope, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, upon *[below specify the name and mailing address of each party served]*:

Office of the United States Trustee
560 Federal Plaza
Central Islip, N.Y. 11722

Pryor & Mandelup, L.L.P.
Attorneys for Robert L. Pryor, Trustee
675 Old Country Road
Westbury, New York 11590

Todd S. Cushner, Esq.
Cushner & Associates, P.C.
399 Knollwood Road, Suite 205
White Plains, NY 10603

Dated: January 8th 2020

Signature: /s/