UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:                                                                               Case No.: 8-19-71407-las

NEDRA K. AMBROSE,                                                      Chapter 7

                Debtor.                              **ORDER EXTENDING TRUSTEE'S TIME TO OBJECT TO DEBTOR'S DISCHARGE**

-------------------------------------------------------X

      **UPON**, the Amended Notice of Motion, dated November 12, 2019, the Application of the Trustee seeking an order extending the Trustee's time in which to object to Debtor's discharge through and including February 25, 2020, and the amended affidavit of service, sworn to November 13, 2019 (the "Motion"); and no opposition having been filed; and the Motion having come on before the Court for a hearing on January 7, 2020; and the Trustee, by his attorneys, Pryor & Mandelup, L.L.P., by A. Scott Mandelup, Esq., in support of the Motion; and Debtor having appeared by her attorneys, Kushner & Associates, P.C., by Todd S. Kushner, Esq. and having consented to the relief sought in the Motion; and after due deliberation and for good cause shown, the Court having determined the Motion as provide below; it is hereby

      **ORDERED**, the Trustee's Motion hereby is granted as provided herein; and it is further

      **ORDERED**, that the Trustee's time in which to file an objection to Debtor's discharge hereby is extended through and including February 25, 2020.