| | |
|---|---|
| Todd S. Cushner, Esq.<br>Cushner & Associates, P.C.<br>*Attorneys for Debtor*<br>399 Knollwood Road, Suite 205<br>White Plains, New York 10603<br>(914) 600-5502 / (914) 600-5544<br>todd@cushnerlegal.com | **HEARING DATE: APRIL 7, 2020**<br>**HEARING TIME:  10:00 A.M.** |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
--------------------------------------------------------X
IN RE:                                              CHAPTER 7

      NEDRA AMBROSE,                    CASE NO. 19-71407 (LAS)

                              DEBTOR
--------------------------------------------------------X

**NOTICE OF HEARING ON MOTION TO WITHDRAW AS**
**ATTORNEY OF RECORD FOR THE DEBTOR NEDRA AMBROSE**
**PURSUANT TO E.D.N.Y. LOCAL RULE 2090-1(e) AND DR 2-110(C)**

      **PLEASE TAKE NOTICE**, that upon the Motion of Cushner & Associates, P.C., dated February 26, 2020, the undersigned will move this Court before the Hon. Louis Scarcella , U.S. Bankruptcy Judge, at the U.S. Bankruptcy Courthouse, 1 Federal Plaza , Central Islip, NY on **April 7, 2020 at 10:00 A.M.**, or as soon thereafter as counsel can be heard for an Order, pursuant to EDNY Local Rule 2090-(d) and DR 2-110(C), permitting the law firm of Cushner & Associates, P.C. to withdraw as the debtor  Nedra Ambrose (the "Debtor") attorney of record; and for such other and further relief as to the Court may seem just and proper.

      **PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the relief requested in the Motion must be made in writing, filed with the Court on the Court's Electronic Case Filing System, at www.ecf.nyeb.uscourts.gov (login and password required), with a copy delivered directly to Chambers and served upon Cushner & Associates, P.C., 399 Knollwood Road, Suite 205, White Plains, New York 10603 Attn: Todd S. Cushner, Esq.

so as to be received no later than seven (7) days before the Hearing Date.

Dated: White Plains, New York
       February 27, 2020

                              Respectfully submitted,

                     By:    */s/ Todd S. Cushner*
                            Todd S. Cushner, Esq.
                            Cushner & Associates, P.C.
                            *Attorneys for the Debtor*
                            399 Knollwood Road, Suite 205
                            White Plains, New York 10603
                            (914) 600-5502 / (914) 600-5544
                            todd@cushnerlegal.com

<u>See Affidavit of Service Attached.</u>