**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
*In re:*                                                                    Chapter 7

    **NEDRA AMBROSE,**                                         Case No.: 19-71407-las

                              Debtor.                                 **CERTIFICATE OF NO OBJECTION**
-------------------------------------------------------------x
**ROBERT L. PRYOR, ESQ.,** Chapter 7 Trustee
of the bankruptcy estate of Nedra K. Ambrose,

                              Plaintiff,                              Adv.. Pro. No. 21-08016-las

    -against-

**JERVON AMBROSE and TIFFANY AMBROSE**

                              **Defendants.**
-------------------------------------------------------------x

        Pursuant to 28 U.S.C. § 1746, the undersigned hereby certifies as follows:

        1.        On April 23, 2021, Robert L. Pryor, Chapter 7 Trustee of the bankruptcy estate of Peter Bernard filed a motion for an Order pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure, approving the Stipulation of Settlement, dated March 16, 2021, by and between the Trustee, and Tiffany Ambrose and Jervon Ambrose.

        2.        Contemporaneously with the Motion, Robert L. Pryor, Chapter 7 Trustee filed a notice of hearing on the Motion scheduling a hearing on the Motion for May 20, 2021.

        3.        Pursuant to E.D.N.Y. LBR 9006-1, responsive papers to be served so as to be received not later than seven days before the hearing date.

        4.        The Objection Deadline has passed and (i) the Motion was filed and served in a timely fashion, (ii) no objection has been filed or served on the movant, (iii) there is no objection responsive pleading or request for a hearing with respect to the Motion on the docket, and (iv)

movant is aware of no informal objection. Accordingly, this Court may enter the proposed order granting the Motion without need for a hearing.

Dated: Westbury, New York
      May 18, 2021

                                  PRYOR & MANDELUP, L.L.P.
                                  Attorneys for the Trustee

                       By:    ***/s/J. Logan Rappaport***
                                    J. Logan Rappaport
                                  675 Old Country Road
                                  Westbury, New York 11590
                                  (516) 997-0999